**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2257**

HELENE MCCARTHY-STAPLES,

　　　　　Plaintiff - Appellant,

　　　v.

M. BRADLEY BRICKHOUSE; COLLEEN T. DICKERSON; FRANK J. DRISCOLL, JR.; LISA A. BROCCOLETTI; MARLANDE SLEDGE; SUSANNE FERRANTELLI; PAMELA JACK; ALICIA R. WELLONS; TABETHA L. TURNER; CHRISTIANNA DOUGHERTY-CUNNINGHAM; MARK D. STILES,

　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Elizabeth W. Hanes, District Judge.  (2:21-cv-00383-EWH-RJK)

Submitted:  February 21, 2023　　　　　　　　　Decided:  February 23, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Helene McCarthy-Staples, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Helene McCarthy-Staples appeals the district court's order dismissing her 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2) and declining to exercise supplemental jurisdiction over her state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McCarthy-Staples v. Brickhouse*, No. 2:21-cv-00383-EWH-RJK (E.D. Va. Nov. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*